UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH A. REYNOLDS,

    Plaintiff,

                                    Case No. 10-cv-14861

v.

                                    Paul D. Borman
                                    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                        Charles E. Binder
                                    United States Magistrate Judge

    Defendant.

_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND (2) DISMISSING THE CASE PURSUANT TO FED. R. CIV. P. 41(b)**

    Before the Court is Magistrate Judge Charles E. Binder's Report and Recommendation Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Dkt. No. 12). The Magistrate Judge has recommended that the Court dismiss this action with prejudice for want of prosecution.

    Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and DISMISSES the case for want of prosecution, pursuant to Fed. R. Civ. P. 41(b).

    This Order closes the case.

**IT IS SO ORDERED.**

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 27, 2011

I hereby certify that the foregoing document was served upon counsel of record electronically and or by U.S. Postal mail on September 27, 2011 to Joseph Reynolds, P O Box 130541, Ann Arbor, MI 48113.

                                                              S/Felicia Moses for Denise Goodine
                                                              Case Manager